# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRADLE OF LIBERTY COUNCIL, INC., BOY SCOUTS OF AMERICA, | : : : | CIVIL ACTION |
| Plaintiff, | : : | NO. 08-2429 |
| v. | : : | |
| THE CITY OF PHILADELPHIA, | : : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 18th day of November, 2009, upon consideration of the Motion for Preliminary Injunction of Plaintiff, the response filed thereto, and the hearing held on November 17, 2009, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**.

Defendant City of Philadelphia is enjoined from taking any further steps to prosecute the ejectment action presently pending in the Philadelphia Court of Common Pleas, captioned 0806-00149. Defendant must immediately cease and desist from any and all efforts to eject Cradle of Liberty from its headquarters building, and must take all steps necessary to comply with this order, including the immediate dismissal without prejudice of the parallel state action. Nothing in this order shall constitute a restriction against the City with respect to the prosecution of its claims for ejectment or hold-over rent in this action.

BY THE COURT:


/s/ *Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.