IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRADLE OF LIBERTY COUNCIL, INC., BOY SCOUTS OF AMERICA, | : : : | CIVIL ACTION |
| Plaintiff, | : : | NO. 08-2429 |
| v. | : : | |
| THE CITY OF PHILADELPHIA, | : : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 6th day of January, 2010, upon consideration of the Motion for Reconsideration of Plaintiff (Docket No. 31) as well as the Response of Defendant filed thereto (Docket No. 36), it is hereby **ORDERED** that Plaintiff's Motion is **DENIED IN PART** and **GRANTED IN PART** as follows:

1. Defendant City of Philadelphia's Motion for Reconsideration to vacate or modify the Preliminary Injunction enjoining the City "from taking any further steps to prosecute the ejectment action presently pending in the Philadelphia Court of Common Pleas" is **DENIED**.

2. Defendant City of Philadelphia's Motion for Reconsideration of the Court's omission of a bond to accompany issuance of the Preliminary Injunction is **GRANTED**. As such, it is hereby **ORDERED** that a hearing on the issue of whether the Court should require a bond pursuant to Rule 65(c), and if so, in what form or amount, shall be held on <u>Tuesday</u>,

January 19, 2010 at 9:30 A.M. in Courtroom 14A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

It is so **ORDERED**.

BY THE COURT:

 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.