**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CRADLE OF LIBERTY COUNCIL, INC., | : | CIVIL ACTION |
| BOY SCOUTS OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | NO. 08-2429 |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF PHILADELPHIA, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 2nd day of March, 2010, upon consideration of the Supplemental

Memoranda of Plaintiff Cradle of Liberty (Docket No. 47) and Defendant City of Philadelphia

(Docket No. 48), it is hereby **ORDERED** that Plaintiff's request for Cradle of Liberty to post a

bond pursuant to Rule 65(c) is **GRANTED.**

It is **FURTHER ORDERED** that a **HEARING** on the amount of a bond shall be held on

Wednesday, March 10, 2010 at 10:00 a.m. in Courtroom 14A, United States Courthouse, 601

Market Street, Philadelphia, Pennsylvania.  Prior to that hearing, Plaintiff and Defendant are

invited to submit memoranda on the amount of the bond to be issued.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.