# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRADLE OF LIBERTY COUNCIL, INC., BOY SCOUTS OF AMERICA, : Plaintiff, | : : : : | CIVIL ACTION |
| v. | : : | NO. 08-2429 |
| CITY OF PHILADELPHIA, Defendant. | : : : | |

## ORDER

**AND NOW**, this 22nd day of April, 2010, it is hereby **ORDERED** that:

1. Defendant's motion for summary judgment (Docket No. 59) is **DENIED** in its entirety.

2. Plaintiff's motion for summary judgment (Docket No. 49) is **DENIED** in its entirety.

3. Plaintiff's motion to strike certain exhibits (Docket No. 63) is **DENIED** without prejudice to requesting additional discovery relative to them.

A **STATUS CONFERENCE** is scheduled for Wednesday, May 5, 2010 at 10:00 a.m. in the chambers of the undersigned for the primary purpose of establishing a firm trial date and discussing other issues related to the trial.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.