# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRADLE OF LIBERTY COUNCIL, INC., BOY SCOUTS OF AMERICA, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 08-2429 |
| v. | : | |
| THE CITY OF PHILADELPHIA, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 28th day of July, 2010, the court's Judgment Order of July 14, 2010 is AMENDED to add the following:

Judgment is entered on Count III in favor of Plaintiff on Plaintiff's free speech claims under Article I, § 7 of the Pennsylvania Constitution.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S. J.