IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRADLE OF LIBERTY COUNCIL, INC., | : | |
| BOY SCOUTS OF AMERICA, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, | : | NO. 08-2429 |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 20th day of March, 2012, it is hereby **ORDERED** that Plaintiff's Motion for Attorney's Fees and Costs is **GRANTED,** in part, and Defendant is directed to pay to Plaintiff the amount of $877,122.07.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S. J.