**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CRADLE OF LIBERTY COUNCIL, INC., | : | |
| BOY SCOUTS OF AMERICA, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, | : | NO. 08-2429 |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this *20th* day of *March*, 2012, upon consideration of Defendant City of Philadelphia's Motion for Judgment as a Matter of Law and, Alternatively, for a New Trial (Docket No. 124), Plaintiff Cradle of Liberty Council, Inc., Boy Scouts of America's Response in Opposition (Docket No. 146), Defendant's Reply Brief (Docket No. 158), and Plaintiff's Sur-Reply Brief (Docket No. 159), it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.